# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VELMA WILKERSON AND JAMES
WILKERSON INDIVIDUALLY AND
ON BEHALF OF AMELIA
WILKERSON

VERSUS

BATON ROUGE GENERAL MEDICAL
CORPORATION, ET AL

NO.  2025 CW 0449

OCTOBER 6, 2025

---

In Re:    James Froelich, MD, applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          671298.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **APPLICATION FOR REHEARING DENIED.**

                            PMc
                            HG
                            TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT